IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA WHITE | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 08-4486 |

## ORDER

**AND NOW**, this 19th day of February, 2010, upon consideration of Plaintiff's Motion for Summary Judgment or, in the Alternative, Motion for Remand (Docket No. 8), Defendant's Response thereto, Plaintiff's Reply, the Report and Recommendations of United States Magistrate Judge M. Faith Angell (Docket No. 21), Plaintiff's Objections thereto (Docket No. 22), and Defendant's Response to Plaintiff's Objections, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. Plaintiff's Request for Review and Motion for Summary Judgment is **DENIED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant.

5. The Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.